RECEIVED

NOV -5 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALBERT HALL,
Petitioner

CIVIL ACTION NO. 1:18-CV-1020-P

VERSUS

JUDGE DEE D. DRELL

WARDEN,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's § 2241 petition is **DISMISSED** for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 1st day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE